IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FAITH, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 2:21–cv–00013-MPK |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | **JURY TRIAL DEMANDED.** |

*ORDER APPROVING*

<u>**STIPULATION OF VOLUNTARY DISMISSAL**</u>

TO THE CLERK FOR THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA:

Pursuant to Federal Rule of Civil Procedure 41(a), the above-referenced Parties, by and through their counsel of record, hereby Stipulate to the Dismissal of this lawsuit. Kindly mark this case VOLUNTARILY DISMISSED.

Respectfully submitted,

| | |
|---|---|
| SIMON & SIMON, PC | ROBB LEONARD MULVIHILL LLP |
| | |
| /s/ Ashley M. Henkle | /s/ Mark A. Martini |
| Ashley M. Henkle, Esquire | Mark A. Martini, Esquire |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

AND NOW, this ___23rd___,
day of __February__, 20_22_,
IT IS SO ORDERED.

_/s/ Maureen P. Kelly_
UNITED STATES MAGISTRATE JUDGE

{R1290283.1 }